**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 21, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD77532      **Orlando Omar Cruz vs. State of Missouri**
WD77849      **Joshua M. Edmond vs. State of Missouri**
WD77878      **Ronald E. Brown vs. State of Missouri**



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD77338      **State of Missouri vs. Jeffery Clinton Ford**